# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA GEVAN,<br><br>        Defendant. | 8:14CR218<br><br>ORDER |

This matter is before the Court on the Defendant's Motion for Early Termination of Supervised Release, ECF No. 49. The Court has consulted with the Defendant's Probation Officer and with the Assistant United States Attorney assigned to the matter. Because the Defendant does not yet meet the criteria used by the Office of Probation and Pretrial Services for early termination of supervised release, his Motion will be denied. The Defendant is encouraged to discuss those criteria with his Probation Officer, and is commended for his progress on Supervised Release.

IT IS ORDERED:

1. The Defendant Joshua Gevan's Motion for Early Termination of supervised Release, ECF No. 49, is denied.

2. The Clerk will send a copy of this Order to the Defendant at his last known address.

Dated this 12th day of April, 2018.

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp<br>                                                  Chief United States District Judge